UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JEFFREY BENJAMIN,

                    Plaintiff,

            -v-

AMSHER COLLECTION SERVICES, INC.,

                    Defendant.
------------------------------------------------------------------------X

23 Civ. 26 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

        Plaintiff served Defendant with Summons and the Complaint on January 6, 2023, making Defendant's deadline to answer January 27, 2023.  Dkt. 8.  That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant.  Accordingly, the Court adjourns sua sponte Defendant's deadline to respond to the Complaint until February 9, 2023.  If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Clerk's Certificate of Default by February 15, 2023.

        SO ORDERED.

Dated: January 30, 2023
       New York, New York

                                                    JOHN P. CRONAN
                                                   United States District Judge